# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JOHN DOE** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. 4:19-cv-00658** |
| | § | **(Jury)** |
| **WILLIAM MARSH RICE** | § | |
| **UNIVERSITY d/b/a RICE UNIVERSITY,** | § | |
| **EMILY GARZA** as agent for | § | |
| Rice University, and **DONALD OSTDIEK**, | § | |
| as agent for Rice University, | § | |
| | § | |
| *Defendants*. | § | |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Fed. R. Civ. P. 5.2, Defendants William Marsh Rice University, Emily Garza and Donald Ostdiek (collectively, "Defendants"), through undersigned counsel, move to file under seal Exhibit A, Exhibit 2B, and Exhibit C to Defendants' Motions to Dismiss For Improper Venue or Alternatively to Transfer Venue, and to Dismiss for Failure to State a Claim, attached thereto, which contain personal information.

Accordingly, Defendants respectfully request that this Court issue an order sealing the exhibits, or in the alternative, issue a protective order and cause additional personal information therein to be redacted before making Exhibit A, Exhibit B, and Exhibit C to Defendants' Motions to Dismiss For Improper Venue or Alternatively to Transfer Venue, and to Dismiss for Failure to State a Claim part of the public record.

Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

*/s/ Terry Kernell*
Russell Hardin, Jr.
State Bar No. 08972800
Fed. I.D. No. 19424
rhardin@rustyhardin.com
Terry D. Kernell
State Bar No. 11339020
Federal I.D. No. 15074
tkernell@rustyhardin.com
Emily M. Smith
State Bar No. 24083876
Fed. I.D. No. 1890677
esmith@rustyhardin.com

5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEYS FOR DEFENDANTS
WILLIAM MARSH RICE UNIVERSITY
AND EMILY GARZA**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2019, a copy of Defendants' Motion for Leave to File Documents Under Seal was electronically filed using the CM/ECF system, which will automatically serve a Notice of Electronic Filing to all registered parties.

*/s/ Terry Kernell*
Terry Kernell