IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-cv-00658 |
| | § | |
| **WILLIAM MARSH RICE UNIVERSITY** | § | |
| d/b/a **RICE UNIVERSITY**, | § | |
| **EMILY GARZA**, as agent for Rice | § | |
| Rice University, and **DONALD OSTDIEK**, | § | |
| as agent for Rice University**,** | § | |
| | § | |
| *Defendants.* | § | |

### Order on Motion to Proceed Under Pseudonym, and for Protective Order

The matter before the Court is Plaintiff's motion for leave to proceed in the above-captioned matter under the pseudonym "John Doe." Upon review of the Original Complaint and Plaintiff's Motion, the Court finds that the circumstances of this case are such that requiring Plaintiff to proceed under his legal name would disclose information of the utmost personal intimacy, including education records protected from disclosure by the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g; 34 CFR Part 99.

**THEREFORE**, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed Under a Pseudonym (Dkt. #2) is **GRANTED**.

**SIGNED** this 23rd day of January, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE