IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-cv-00658 |
| | § | |
| **WILLIAM MARSH RICE UNIVERSITY** | § | |
| d/b/a **RICE UNIVERSITY**, | § | |
| **EMILY GARZA**, as agent for Rice | § | |
| Rice University, and **DONALD OSTDIEK**, | § | |
| as agent for Rice University, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL AS TO
DEFENDANTS EMILY GARZA AND DONALD OSTDIEK**

After considering Plaintiff's Notice of Dismissal as to Defendants Emily Garza and Donald Ostdiek (Dkt. #33), the Court

GRANTS the motion and dismisses all claims asserted by Plaintiff against the Defendants Emily Garza and Donald Ostdiek with prejudice as to the refiling of same and that all costs shall be borne by the party incurring same.

The Clerk is directed to terminate Emily Garza and Donald Ostdiek as parties to this case.

**IT IS SO ORDERED.**

SIGNED this 7th day of May, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE