# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JOHN DOE | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO.  4:19cv658 |
| WILLIAM MARSH RICE UNIVERSITY | § Judge Mazzant |
| d/b/a RICE UNIVERSITY, ET AL. | § |

## ORDER

The Court hereby sets the Defendants' Motion to Dismiss for Improper Venue or Alternatively to Transfer Venue, and to Dismiss for Failure to State a Claim (Dkt. #14) for hearing via telephone on ***Thursday, July 9, 2020, at 10:00 a.m.***  Teleconference call-in information is provided as follows:

> **ATT Toll-Free Conference Number:  888-363-4749**
> **Access Code:  1588844, followed by #**

Participants are directed to call this number at 9:55 a.m.

**IT IS SO ORDERED.**

**SIGNED this 6th day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE