IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-cv-00658 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY | § | |
| d/b/a RICE UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | |

### NOTICE TO THE COURT REGARDING MEDIATION

**TO THE HONORABLE JUDGE MAZZANT**:

Pursuant to the Court's Scheduling Order, dated February 28, 2020, the Parties are instructed to inform the Court of their agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree, no later than August 1, 2020. (Doc. 32, p. 1). The mediation deadline is presently set for September 12, 2020. (*Id.*)

The Parties have conferred with regard to potential mediators, but they have not come to agreement. Accordingly, pursuant to the Court's Scheduling Order and agreement of counsel, the Parties respectfully request the Court's appointment of a mediator for this matter.

 

Respectfully submitted.

/s/Susan E. Hutchison
SUSAN E. HUTCHISON
Texas Bar No. 10354100
sehservice@hsjustice.com

J. ROBERT HUDSON, JR.
Texas Bar No. 24094736

          jr@hsjustice.com

          HUTCHISON & STOY, PLLC
          505 Pecan Street, Suite 101
          Fort Worth, Texas 76102
          T: (817) 820-0100
          F: (817) 820-0111

          **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

Plaintiff's counsel hereby certifies that counsel for the parties conferred regarding the selection of a mediator for this matter on July 23 and July 28, 2020. On July 28, 2020, the parties were not able to come to an agreement, and thus, it was agreed that this matter should be submitted to the Court, pursuant to the Scheduling Order.

          */s/Susan E. Hutchison*
          SUSAN E. HUTCHISON

### CERTIFICATE OF SERVICE

This is to certify that on July 28, 2020, a true and correct copy of the above and foregoing document was served on the following attorneys of record via the Court's electronic service:

RUSSELL HARDIN, JR.
rhardin@rustyhardin.com
TERRY D. KERNELL
tkernell@rustyhardin.com
EMILY M. SMITH
esmith@rustyhardin.com

**RUSTY HARDIN &ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite
Houston, TX 77010

          */s/Susan E. Hutchison*
          SUSAN E. HUTCHISON