# IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **JOHN DOE** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:19-cv-00658** |
| | § | **(Jury)** |
| **WILLIAM MARSH RICE** | § | |
| **UNIVERSITY d/b/a RICE UNIVERSITY,** | § | |
| **EMILY GARZA** as agent for | § | |
| Rice University, and **DONALD OSTDIEK**, | § | |
| as agent for Rice University**,** | § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANT RICE UNIVERSITY'S NOTICE TO THE COURT REGARDING MEDIATION

Plaintiff has filed a Notice to the Court Regarding Mediation informing the Court that the parties have not been able to come to agreement with regard to a mediator and requesting that the Court appoint a mediator.  [Dkt. 46].  Defendant William Marsh Rice University d/b/a Rice University ("Rice University") further requests that the Court-appointed mediator be located in Houston for the convenience of Rice University and its counsel.

Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

*/s/ Emily Smith*
Russell Hardin, Jr.
State Bar No. 08972800
Fed. I.D. No. 19424
rhardin@rustyhardin.com
Terry D. Kernell
State Bar No. 11339020
Federal I.D. No. 15074
tkernell@rustyhardin.com

Emily M. Smith
State Bar No. 24083876
Fed. I.D. No. 1890677
esmith@rustyhardin.com

5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEYS FOR DEFENDANTS
WILLIAM MARSH RICE UNIVERSITY, EMILY
GARZA, AND DONALD OSTDIEK**

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on July 28, 2020 I complied with the meet and confer requirement in Local Rile CV-7(h).  The parties were not able to come an agreement as the selection of a mediator and agreed to submit a request for the Court to appoint a mediator.

_/s/ Emily Smith_
Emily Smith

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2020, a copy of the foregoing was electronically filed using the CM/ECF system, which will automatically serve a Notice of Electronic Filing to all registered parties.

_/s/ Emily Smith_
Emily Smith